IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:06CR165 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| EUGENE L. WILSON, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court hereby **ORDERS** that:

1. The Report and Recommendations filed on October 18, 2006 (Doc. #11) is ADOPTED in full;

2. Defendant has knowingly, intelligently, and voluntarily waived his right to Indictment;

3. Defendant has knowingly, intelligently, and voluntarily entered a plea of guilty to Count 1 of the Information; and

4.     The Court accepts Defendant's guilty plea to Count 1 of the Information and finds Defendant guilty as charged of Making Counterfeit Obligations of the United States in violation of 18 U.S.C. §471.

                                      Thomas M. Rose
                                      United States District Judge